In the Matter of EUGENE FAULKNER, Appellant, against S. HOWARD COHEN et al., as Commissioners of Election of the City of New York, Respondents.

(Argued September 9, 1935; decided September 9, 1935.)

*S. Stanley Kreutzer* for appellant.

*Aaron Benenson* for respondents.

Appeal dismissed, without costs, as there is no constitutional question involved. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.